**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00071-CR

### THE STATE OF TEXAS, Appellant

### V.

### JOHN MARSHALL LOWRY, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82372-2012**

## ORDER

The Court **GRANTS** the State's May 27, 2014 motion to supplement the record.

We **ORDER** the Clerk of the Court to file a copy of the reporter's record from cause no.

05-14-00072-CR, State v. Sandlin, into the appellate record for this case.


/s/     DAVID EVANS
           JUSTICE